UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEVIN RICHARDSON, :

    Plaintiff : CIVIL ACTION NO. 4:20-110

    v. : (MANNION, D.J.)
                                    (ARBUCKLE, M.J.)

DR. L. MURRY, *et al.*, :

    Defendants :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Report of Judge Arbuckle, **(Doc. 9)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** The plaintiff's complaint, **(Doc. 1)**, is **DISMISSED WITH PREJUDICE** regarding all of his claims except for his RLUIPA claim against defendant Dr. Murry;

**(3)** Defendant Chaplain Adekola is **DISMISSED** from this case; and

**(4)** The Clerk of Court is directed to **RECOMMIT THIS CASE** to Judge Arbuckle for further proceedings, including service of the complaint, (Doc. 1), on defendant Dr. Murry.

                                             s/ *Malachy E. Mannion*
                                           **MALACHY E. MANNION**
                                           **United States District Judge**

**Date: April 29, 2021**
20-110-01-ORDER