UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEVIN RICHARDSON,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:20-110 |
| v. | : | (MANNION, D.J.) |
| | | (ARBUCKLE, M.J.) |
| | : | |
| **DR. L. MURRAY,** | | |
| | : | |
| Defendant | | |

# ORDER

In accordance with this court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The August 2, 2022 report of Judge Arbuckle, **(Doc. 31)**, is **ADOPTED IN ITS ENTIRETY**.

2. The plaintiff's complaint, **(Doc. 1)**, will **PROCEED** with respect to his RFRA claim against defendant Dr. Murray.

3. The objection of the defendant to the Report, **(Doc. 34)**, is **OVERRULED**.

4. The government's motion to dismiss, **(Doc. 17)**, is **DISMISSED AS MOOT**.

5. Defendant Dr. Murray's motion for summary judgment, **(Doc. 24)**, is **DENIED**, without prejudice to assert the qualified immunity defense.

6. The Clerk of Court is directed to **REMAND THIS CASE** to Judge Arbuckle for purposes of issuing a new Report and Recommendation regarding Dr. Murray's qualified immunity defense after briefing of this issue by the parties.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 29, 2022**
20-110-02-Order