UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEVIN RICHARDSON,                :

      Plaintiff            :    CIVIL ACTION NO. 4:20-110

v.                               :    (MANNION, D.J.)
                                    (ARBUCKLE, M.J.)
DR. L. MURRAY,                   :

      Defendant            :

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion for reconsideration **(Doc. 48)** is **DENIED**.

2. The Clerk of Court is **DIRECTED** to **CLOSE** the matter.

MALACHY E. MANNION
United States District Judge

DATE: 4/11/25

20-110-03